UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**GERALD ADKINS, et al.,**

    **Plaintiffs,**

**V.**　　　　　　　　　　　　　　　　　　　　　　　　　　**NO. 13-2843-SHM**

**REGIONS MORGAN KEEGAN SELECT
HIGH INCOME FUND, INC., RMK HIGH
INCOME FUND, INC., RMK STRATEGIC
INCOME FUND, INC., RMK ADVANTAGE
INCOME FUND, INC., RMK
MULTI-SECTOR HIGH INCOME FUND, INC.,
REGIONS FINANCIAL CORPORATION,
RFC FINANCIAL HOLDING, LLC, and
REGIONS INVESTMENT MANAGEMENT, INC.,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed November 15, 2016.

## APPROVED:

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *November 15, 2016* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |